IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KATHY KESSLER,                          )
                                        )
            Plaintiff,                  )
                                        )        09-CV-546
     v.                                 )
                                        )        Judge Crocker
BRACHFELD LAW GROUP, PC,                )
                                        )
            Defendant.                  )

ORDER OF DISMISSAL PURSUANT TO SETTLEMENT

Pursuant to settlement, this case is dismissed _without_ prejudice, without costs to either party, and with leave for Plaintiff to seek reinstatement within forty-five (45) days from the date of entry of this order. If this case has not been reinstated within forty-five (45) days from the date of entry of this order, or a motion for reinstatement has not been filed by said date, then the dismissal of this case shall automatically convert from a dismissal _without_ prejudice to a dismissal _with_ prejudice.

Barbara B Crabb

~~Hon. Stephen L. Crocker~~
United States District Judge

Dated: _October 13, 2009_